IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILLIP SIMPSON,**                        **CASE NO. 2:06-cv-367**
                                            **JUDGE FROST**
        **Petitioner,**                          **MAGISTRATE JUDGE ABEL**

**v.**

**WARDEN, Noble Correctional Institution,**

        **Respondent.**

## OPINION AND ORDER

On January 23, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DISMISSED**. Although the parties were specifically advised of their right to object to the *Report and Recommendation,* and of the consequences of failing to do so, there nevertheless has been no objection to the Magistrate Judge's *Report and Recommendation.*

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

        **IT IS SO ORDERED.**

                                             /s  Gregory L. Frost
                                                  GREGORY L. FROST
                                           United States District Judge